IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31138
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,

versus

JENNIFER TURNER HOWARD,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 98-CR-54-ALL
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jennifer Turner Howard has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Howard has not filed a response.  Our independent review of counsel's brief and the record on appeal discloses no non-frivolous issues.  Accordingly counsel's motion to withdraw is granted, and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.